THE STATE v. THE CLINTON AND PORT HUDSON RAIL ROAD COMPANY.

APPEAL from the District Court of East Feliciana, *Johnson*, J.

*A. M. Dunn*, District Attorney of the First Judicial District, for the State.

*Muse* and *Merrick*, for the defendants.

BULLARD, J.   This is an appeal from a judgment pronouncing the forfeiture of the charter of the Clinton and Port Hudson Rail Road Company, at the suit of the State.   The case has been submitted to us by the appellants as well as by the Attorney General, without any arguments, or reference to authorities.   The legal causes for forfeiture are so clearly made out, that we are at a loss to imagine why any appeal was taken.

*Judgment affirmed.*